No. 77–277. JACKSON *v.* UNITED STATES. Ct. Cl. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed October 25, 1977. MR. JUSTICE REHNQUIST would deny the petition. ▆▆▆▆

No. 77–5161. JOHNSON *v.* HAMPTON, JUDGE. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated, and case remanded for further consideration in light of *Brown* v. *Ohio,* 432 U. S. 161 (1977), and *Harris* v. *Oklahoma,* 433 U. S. 682 (1977). ▆▆▆▆

No. ——. MARK TRAIL CAMPGROUNDS, INC. *v.* FIELD ENTERPRISES, INC., ET AL., 431 U. S. 911. Motion for reconsideration denied.

No. A–379 (77–704). GIBBS *v.* UNITED STATES. C. A. 5th Cir. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–381 (Nos. 77–26 and 77–32). CHIN *v.* UNITED STATES. Application for an order directing the United States Court of Appeals for the Second Circuit to issue a printed opinion, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.